```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CENTURY INDEMNITY COMPANY,           :
:
                Plaintiff,           :           13-CV-797 (KBF)
    -v-                                  :
:           ORDER
:
GLOBAL REINSURANCE CORPORATION OF :
AMERICA,                             :
:
:
                Defendant.           :
------------------------------------------------------------ X
KATHERINE B. FORREST, District Judge:

      The Court has reviewed the letter motion of plaintiff Century to compel certain discovery dated August 6, 2013, (ECF No. 34), as well as the response of defendant Global Reinsurance dated August 9, 2013 (ECF No. 35).  It is hereby

      ORDERED that plaintiff's motion to compel is denied in part and granted in part.  Specifically:

1. The Court notes that information relating to reserves sufficient for plaintiff's claims in this matter has been produced. The court will not require further production on this issue.

2. The Court finds that Global's notice of Yarway asbestos claims from sources other than Century is irrelevant to the legal issues here. Accordingly, the court denies the motion to compel information on this topic.

3. As to retrocession policies, the court agrees that pre-January 2006 communications – and only those communications – as regards those polices

and the losses here at issue are relevant.  Accordingly, the Court orders defendant to produce retrocession policy discovery only as it relates to communications prior to January 2006.

SO ORDERED.

Dated:   New York, New York
         August 14, 2013

                                                  _____
                                                  KATHERINE B. FORREST
                                                  United States District Judge