```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CENTURY INDEMNITY COMPANY,

                Plaintiff,

-v-

GLOBAL REINSURANCE CORPORATION OF
AMERICA,

                Defendant.
------------------------------------------------------------X

13-CV-797 (KBF)

ORDER OF
CONDITIONAL
DISMISSAL

KATHERINE B. FORREST, District Judge:

On August 26, 2013, the parties informed the Court that they reached a settlement in principle. Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if such an application is made not later than **September 30, 2013**.

IT IS FURTHER ORDERED that all other dates and deadlines in this matter are adjourned.

The Clerk of Court is directed to adjourn all remaining dates, close all open motions, and to terminate this action.

SO ORDERED.

Dated:     New York, New York
            August 26, 2013

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge